UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER,<br><br>             Plaintiff,<br><br>     v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>             Defendant. | No. 2:12-cv-01330-MCE-CMK<br><br><br><br>**ORDER OF CONSOLIDATION** |
| KARUK TRIBE,<br><br>             Plaintiff,<br><br>     v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>             Defendant. | No. 2:12-cv-02095-MCE-DAD |

After review of the parties' Stipulated Motion to Consolidate Cases, the Court makes the following orders:

1.   Pursuant to Fed. R. Civ. P. 42, the actions denominated as <u>Klamath Riverkeeper v. Montague Water Conservation District</u>, No. 2:12-cv-01330-MCE-CMK, and <u>Karuk Tribe v. Montague Water Conservation District</u>, No. 2:12-cv-02095-MCE-DAD are consolidated;

1

1      2.      Case No. 2:12-cv-01330-MCE-CMK is designated as the "master file";

2      3.      The Clerk of the Court is directed to add all complaints and answers filed
3 in Case No. 2:12-cv-02095-MCE-DAD to the master case;

4      4.      The Clerk of the Court is directed to administratively close case No. 2:12-
5 cv-02095-MCE-DAD;

6      5.      The parties are directed to file a Joint Status Report, with all parties
7 participating pursuant to the Order Requiring Joint Status Report; and

8      6.      The parties are directed to file all future pleadings, motions and other
9 filings ONLY in case No. 2:12-cv-01330-MCE-CMK.

10     IT IS SO ORDERED.

11 Dated:  September 25, 2012

13 _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE