UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>    Defendant. | No. 2:12-cv-01330-MCE-CMK<br><br>**ORDER OF CONSOLIDATION** |
| KARUK TRIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>    Defendant. | No. 2:12-cv-02095-MCE-DAD |

After review of the parties' Stipulated Motion to Consolidate Cases, the Court makes the following orders:

    1.    Pursuant to Fed. R. Civ. P. 42, the actions denominated as <u>Klamath Riverkeeper v. Montague Water Conservation District</u>, No. 2:12-cv-01330-MCE-CMK, and <u>Karuk Tribe v. Montague Water Conservation District</u>, No. 2:12-cv-02095-MCE-DAD are consolidated;

2. Case No. 2:12-cv-01330-MCE-CMK is designated as the "master file";

3. The Clerk of the Court is directed to add all complaints and answers filed in Case No. 2:12-cv-02095-MCE-DAD to the master case;

4. The Clerk of the Court is directed to administratively close case No. 2:12-cv-02095-MCE-DAD;

5. The parties are directed to file a Joint Status Report, with all parties participating pursuant to the Order Requiring Joint Status Report; and

6. The parties are directed to file all future pleadings, motions and other filings ONLY in case No. 2:12-cv-01330-MCE-CMK.

IT IS SO ORDERED.

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2