Christopher A. Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
E-mail: csproul@enviroadvocates.com

*Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

Robert E. Donlan (Bar No. 186185)
Elizabeth P. Ewens (Bar No. 213046)
Shane E. C. McCoin (Bar No. 258588)
ELLISON, SCHNEIDER & HARRIS LLP
2600 Capitol Avenue, Suite 400
Sacramento, California 95816
Telephone: (916) 447-2166
Facsimile: (916) 447-3512

*Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

*Additional Counsel on next page*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH RIVERKEEPER,<br><br>          Plaintiff,<br>v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>          Defendant.<br><hr>KARUK TRIBE,<br><br>          Plaintiff,<br>v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>          Defendant. | Case No. 2:12-cv-01330-MCE-CMK<br>Case No. 2:12-cv-02095-MCE-DAD<br><br>Consolidated Cases<br><br>**JOINT OBJECTIONS TO PRETRIAL SCHEDULING ORDER AND STIPULATED REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE DATE; ORDER**<br><br>Hon. Morrison C. England<br><br>Settlement Conference Date: April 4, 2013<br>New Settlement Conference Date: April 11, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 26, 8th floor |

Daniel Cooper (Bar No. 153576)
Drevet Hunt (Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone:  (415) 466-6520
Facsimile:  (415) 440-4155
E-mail:  daniel@lawyersforcleanwater.com
E-mail:  drev@lawyersforcleanwater.com

Patricia Weisselberg (Bar No. 253015)
LAW OFFICE OF PATRICIA WEISSELBERG
115 Oakdale Avenue
Mill Valley, California 94941
Telephone:  (415) 388-2303
E-mail:  pweisselberg@wans.net

*Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

Darrin W. Mercier (Bar No. 166125)
LAW OFFICE OF DARRIN W. MERCIER
409 W. Center Street
Yreka, California 96097
Telephone:  (530) 842-2054
Facsimile:  (530) 842-9340

*Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

**STIPULATION**

Pursuant to this Court's Pretrial Scheduling Order ("Order") directing the parties to file objections to the Order no later than seven court days of service of the Order, Klamath Riverkeeper and the Karuk Tribe ("Plaintiffs") and Montague Water Conservation District ("Defendant") (collectively "the Parties") submit this joint request that this Court reschedule the Settlement Conference and the corresponding confidential settlement conference statement deadline.

WHEREAS, on December 20, 2012, this Court issued an Order. In the Order, this Court set the Settlement Conference before Magistrate Judge Allison Claire for April 4, 2013 at 9:00 a.m. and ordered that the confidential settlement conference statement be submitted to the chambers of Magistrate Judge Claire not later than March 28, 2013. ECF Dkt. No. 20.

WHEREAS, counsel for Defendant is unavailable on April 4, 2013, and asked Plaintiffs to join it in requesting an alternative date for the Settlement Conference.

WHEREAS, the second paragraph of Section XI. of the Order (lines 10-13) states that "Each party is directed to have a principle capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference." *Id.*

WHEREAS, L.R. 270(f)(1) provides that "When settlement must be approved by a vote of a party's governing body, unless specifically permitted otherwise by the Judge or Magistrate Judge conducting the settlement conference, counsel shall be designated or shall be accompanied in person by a representative designated by the body who shall have learned the body's preconference disposition relative to settlement."

WHEREAS, all Parties to this action require that any settlement be approved by a vote of the governing body and therefore will ensure a designated representative as provided for in L.R. 270(f)(1) attends the Settlement Conference.

WHEREAS, the Parties have not requested or obtained any prior extension of time.

WHEREAS, rescheduling the Settlement Conference and associated deadline will not affect any other scheduled dates.

WHEREAS, counsel for Plaintiffs contacted the Honorable Allison Claire's chambers on December 26, 2012 regarding available dates for the Settlement Conference, and Magistrate Judge Claire's Courtroom Deputy indicated that Magistrate Judge Claire is available for a Settlement

Conference on either March 21, 2013 or April 11, 2013.

WHEREAS, the Parties conferred and have determined that all Parties are available on April 11, 2013.

WHEREAS, the Parties have notified Magistrate Judge Claire that April 11, 2013 is the preferred date and will be requesting this Court enter an order setting the Settlement Conference for that date.

THEREFORE, the Parties hereby stipulate and respectfully request that this Court reschedule the Settlement Conference and the associated deadline to the following:

1. The Settlement Conference shall be set for April 11, 2013 at 9:00 a.m. in Courtroom 26, 8th floor of the United States Court for the Eastern District of California in Sacramento, California.

2. The Parties' confidential settlement conference statement shall be due on or before April 4, 2012.

Dated: December 27, 2012          LAWYERS FOR CLEAN WATER, INC.

                                  By:   /s/Drevet Hunt
                                        Drevet Hunt
                                        Daniel Cooper
                                        Attorneys for Plaintiffs
                                        Klamath Riverkeeper and the Karuk Tribe

Dated: December 27, 2012          ELLISON, SCHNEIDER & HARRIS LLP

                                  By:   /s/ Elizabeth P. Ewens (as authorized on 12/27/2012)
                                        Elizabeth P. Ewens
                                        Attorneys for Defendant
                                        Montague Water Conservation District

**ORDER**

Pursuant to stipulation of the Parties, this Court orders:

1. The Settlement Conference set for April 4, 2013 is reset for April 11, 2013 at 9:00 a.m. in Courtroom 26, 8th floor of the United States Court for the Eastern District of California in Sacramento, California.

2. The Parties' confidential settlement conference statement shall be due on or before April 4, 2013.

**IT IS SO ORDERED.**

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT