1  Christopher A. Sproul (Bar No. 126398)
2  ENVIRONMENTAL ADVOCATES
   5135 Anza Street
3  San Francisco, California 94121
   Telephone: (415) 533-3376
4  Facsimile: (415) 358-5695
   E-mail: csproul@enviroadvocates.com
5
6  *Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

7  Robert E. Donlan (Bar No. 186185)
   Elizabeth P. Ewens (Bar No. 213046)
8  Shane E. C. McCoin (Bar No. 258588)
   ELLISON, SCHNEIDER & HARRIS LLP
9  2600 Capitol Avenue, Suite 400
   Sacramento, California 95816
10 Telephone: (916) 447-2166
11 Facsimile: (916) 447-3512

12 *Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

13 *Additional Counsel on next page*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KLAMATH RIVERKEEPER,<br><br>                    Plaintiff,<br><br>v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>                    Defendant. | Case No. 2:12-cv-01330-MCE-CMK<br>Case No. 2:12-cv-02095-MCE-DAD<br><br>Consolidated Cases<br><br>**STIPULATED REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE DATE; [~~PROPOSED~~] ORDER**<br><br>Hon. Allison Claire<br><br>Settlement Conference Date: May 16, 2013<br>[Proposed] Settlement Conference Date:<br>                    July 11, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 26, 8th floor |
| KARUK TRIBE,<br><br>                    Plaintiff,<br><br>v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>                    Defendant. | |

1  Daniel Cooper (Bar No. 153576)
2  Drevet Hunt (Bar No. 240487)
   LAWYERS FOR CLEAN WATER, INC.
3  1004-A O'Reilly Avenue
   San Francisco, California 94129
4  Telephone: (415) 466-6520
   Facsimile: (415) 440-4155
5  E-mail: daniel@lawyersforcleanwater.com
6  E-mail: drev@lawyersforcleanwater.com

7  Patricia Weisselberg (Bar No. 253015)
   LAW OFFICE OF PATRICIA WEISSELBERG
8  115 Oakdale Avenue
   Mill Valley, California 94941
9  Telephone: (415) 388-2303
10 E-mail: pweisselberg@wans.net

11 *Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

12 Darrin W. Mercier (Bar No. 166125)
   LAW OFFICE OF DARRIN W. MERCIER
13 409 W. Center Street
14 Yreka, California 96097
   Telephone: (530) 842-2054
15 Facsimile: (530) 842-9340

16 *Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION

For the reasons set forth below and more fully in the Joint Confidential Settlement Statement submitted to Magistrate Judge Claire, Klamath Riverkeeper and the Karuk Tribe ("Plaintiffs") and Montague Water Conservation District ("Defendant") (collectively "the Parties") submit this joint request that this Court reschedule the Settlement Conference and the corresponding confidential settlement statement deadline.

WHEREAS, on April 11, 2013, the Parties conducted a settlement conference with Magistrate Judge Claire.

WHEREAS, as a result of the discussions on April 11, 2013, the Parties agreed to a further settlement conference May 16, 2013.

WHEREAS, the Parties believe and agree that settlement negotiations will be more successful with the additional time requested for the reasons set forth more fully in the Joint Confidential Settlement Statement submitted to Magistrate Judge Claire.

THEREFORE, the Parties jointly request that the Court continue the settlement conference from May 16, 2013 to July 11, 2013 and reschedule the deadline for supplemental confidential settlement conference statements to July 9, 2013.

Dated: May 14, 2013        LAWYERS FOR CLEAN WATER, INC.

By:   /s/Drevet Hunt (as authorized on 05/14/2013)
      Drevet Hunt
      Daniel Cooper
      Attorneys for Plaintiffs
      Klamath Riverkeeper and the Karuk Tribe


Dated: May 14, 2013        ELLISON, SCHNEIDER & HARRIS LLP

By:   /s/ Elizabeth P. Ewens
      Elizabeth P. Ewens
      Attorneys for Defendant
      Montague Water Conservation District

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, this Court orders:

1. The settlement conference set forth May 16, 2013 is vacated.
2. The Parties shall submit supplemental confidential settlement statements to the Court by July 9, 2013.
3. The Parties shall appear for a further settlement conference in this matter before Magistrate Judge Allison Claire on July 11, 2013 at 9:00 a.m. in Courtroom 26, 8th floor of the United States Court for the Eastern District of California in Sacramento, California.

**IT IS SO ORDERED.**

DATE: May 15, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE