Christopher A. Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
E-mail: csproul@enviroadvocates.com

*Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

Robert E. Donlan (Bar No. 186185)
Elizabeth P. Ewens (Bar No. 213046)
Shane E. C. McCoin (Bar No. 258588)
ELLISON, SCHNEIDER & HARRIS LLP
2600 Capitol Avenue, Suite 400
Sacramento, California 95816
Telephone: (916) 447-2166
Facsimile: (916) 447-3512

*Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

*Additional Counsel on next page*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KLAMATH RIVERKEEPER,<br><br>      Plaintiff,<br><br>v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>      Defendant.<br>_____<br>KARUK TRIBE,<br><br>      Plaintiff,<br><br>v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>      Defendant. | Case No. 2:12-cv-01330-MCE-CMK<br>Case No. 2:12-cv-02095-MCE-DAD<br><br>Consolidated Cases<br><br>**JOINT REQUEST TO RELEASE TO THE PARTIES THE TRANSCRIPT OF THE TERMS AND CONDITIONS OF PARTIAL SETTLEMENT AS STATED ON THE RECORD AND SEALED BY THE COURT ON AUGUST 29, 2013; [PROPOSED] ORDER**<br><br>Hon. Allison Claire |

Daniel Cooper (Bar No. 153576)
Drevet Hunt (Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone:  (415) 466-6520
Facsimile:  (415) 440-4155
E-mail:  daniel@lawyersforcleanwater.com
E-mail:  drev@lawyersforcleanwater.com

Patricia Weisselberg (Bar No. 253015)
LAW OFFICE OF PATRICIA WEISSELBERG
115 Oakdale Avenue
Mill Valley, California 94941
Telephone:  (415) 388-2303
E-mail:  pweisselberg@wans.net

*Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

Darrin W. Mercier (Bar No. 166125)
LAW OFFICE OF DARRIN W. MERCIER
409 W. Center Street
Yreka, California 96097
Telephone:  (530) 842-2054
Facsimile:  (530) 842-9340

*Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

**JOINT REQUEST TO RELEASE SEALED TRANSCRIPT TO THE PARTIES**

Klamath Riverkeeper and the Karuk Tribe ("Plaintiffs") and Montague Water Conservation District ("Defendant") (collectively "the Parties") jointly request that the Court release <u>to the Parties</u> the transcript of "the terms and conditions are as stated on the record. (SEALED)" of the Parties' partial settlement, as recorded by the Electronic Court Reporter during the August 29, 2013 settlement conference with Magistrate Judge Claire.

The Parties request access to the sealed transcript in order to facilitate further settlement negotiations and complete resolution of this case.  Further, the Parties request immediate release of the transcript since settlement negotiations are proceeding and the Parties have scheduled imminent deadlines for exchanges of additional terms and conditions of settlement.  The Parties agree that both the transcript and the substance of the terms addressed therein are to remain confidential and will not be shared, disclosed, or distributed to any third party or parties absent agreement in writing by the Parties.

Dated:  September 9, 2013         LAWYERS FOR CLEAN WATER, INC.

By: _____
Drevet Hunt
Daniel Cooper
Attorneys for Plaintiffs
Klamath Riverkeeper and the Karuk Tribe

Dated:  September 9, 2013         ELLISON, SCHNEIDER & HARRIS LLP

By: _____
Elizabeth P. Ewens
Attorneys for Defendant
Montague Water Conservation District

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

Pursuant to the joint request of the Parties, and good cause appearing therefor, the Court authorizes release <u>to the Parties</u> of the transcript of "the terms and conditions are as stated on the record. (SEALED)" of the Parties' partial settlement, as recorded by the Electronic Court Reporter during the August 29, 2013 settlement conference.  The Parties shall keep the transcript confidential.

IT IS SO ORDERED.

DATE:      September 10, 2013            _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE