1   Christopher A. Sproul (Bar No. 126398)
    ENVIRONMENTAL ADVOCATES
2   5135 Anza Street
3   San Francisco, California 94121
    Telephone:  (415) 533-3376
4   Facsimile:  (415) 358-5695
    E-mail:  csproul@enviroadvocates.com
5

6   *Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

7   Robert E. Donlan (Bar No. 186185)
    Elizabeth P. Ewens (Bar No. 213046)
8   Shane E. C. McCoin (Bar No. 258588)
    ELLISON, SCHNEIDER & HARRIS LLP
9   2600 Capitol Avenue, Suite 400
    Sacramento, California 95816
10  Telephone:  (916) 447-2166
11  Facsimile:  (916) 447-3512

12  *Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

13  *Additional Counsel on next page*

14                          **UNITED STATES DISTRICT COURT**
                            **EASTERN DISTRICT OF CALIFORNIA**
15

16  KLAMATH RIVERKEEPER,                    Case No. 2:12-cv-01330-AC
                                            Case No. 2:12-cv-02095-AC
17                          Plaintiff,
18  v.                                      Consolidated Cases

19  MONTAGUE WATER CONSERVATION
    DISTRICT,                               **STIPULATED REQUEST FOR COURT**
20                                          **TO RETAIN JURISDICTION TO**
                            Defendant.      **ENFORCE TERMS OF SETTLEMENT**
21                                          **AGREEMENT AND TO DISMISS**
                                            **PLAINTIFFS' CLAIMS; [**~~PROPOSED~~**]**
22  _____     **ORDER**
    KARUK TRIBE,
23                                          **Fed. R. Civ. P. 41(a)(2)**
                            Plaintiff,
24  v.                                      **Endangered Species Act**
                                            **16 U.S.C. §§ 1539, 1540**
25  MONTAGUE WATER CONSERVATION
    DISTRICT,                               Hon. Allison Claire
26
                            Defendant.
27

28

1   Daniel Cooper (Bar No. 153576)

2   Drevet Hunt (Bar No. 240487)
    LAWYERS FOR CLEAN WATER, INC.

3   1004-A O'Reilly Avenue
    San Francisco, California 94129

4   Telephone:  (415) 466-6520
    Facsimile:  (415) 440-4155

5   E-mail:  daniel@lawyersforcleanwater.com
    E-mail:  drev@lawyersforcleanwater.com

6

7   Patricia Weisselberg (Bar No. 253015)
    LAW OFFICE OF PATRICIA WEISSELBERG

8   115 Oakdale Avenue
    Mill Valley, California 94941

9   Telephone:  (415) 388-2303
    E-mail:  pweisselberg@wans.net

10

11  *Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

12  Darrin W. Mercier (Bar No. 166125)
    LAW OFFICE OF DARRIN W. MERCIER

13  409 W. Center Street
    Yreka, California 96097

14  Telephone:  (530) 842-2054

15  Facsimile:  (530) 842-9340

16  *Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST FOR COURT TO RETAIN JURSIDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT AND TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE**

Klamath Riverkeeper and the Karuk Tribe ("Plaintiffs") and Montague Water Conservation District ("Defendant") (collectively "the Settling Parties") stipulate as follows:

**WHEREAS**, the Settling Parties have entered into the Settlement Agreement attached as Attachment A resolving the Plaintiffs' claims in consolidated cases, Case No. 2:12-cv-01330-AC and Case No. 2:12-cv-02095-AC;

**WHEREAS,** pursuant to the Settlement Agreement, the Settling Parties have agreed to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes concerning adherence to the Settlement Agreement that may arise between the Settling Parties in the future for ten years from the Effective Date of the Settlement Agreement;

**WHEREAS**, the Effective Date of the Settlement Agreement is December 19, 2013;

**WHEREAS**, pursuant to the Settlement Agreement, the Settling Parties have agreed that Plaintiffs' claims would be dismissed with prejudice.

**THEREFORE,** the Settling Parties request the following:

1.   The Court enter an order retaining jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes concerning adherence to the Settlement Agreement that may arise between the Settling Parties from December 19, 2013 through December 18, 2023; and

2.   The Court enter an order dismissing with prejudice the Plaintiffs' claims alleged in the complaints filed in these consolidated cases.

Respectfully submitted,

Dated:  December 20, 2013          LAWYERS FOR CLEAN WATER, INC.

By:  _____
　　　　Drevet Hunt
　　　　Daniel Cooper
　　　　Attorneys for Plaintiffs
　　　　Klamath Riverkeeper and the Karuk Tribe

1   Dated:  December 20, 2013                    LAW OFFICE OF DARRIN W.  MERCIER

2

3                                       By:         /s/ (authorized on December 20, 2013)
                                                Darrin W. Mercier
4                                               Attorney for Defendant
                                                Montague Water Conservation District
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2        In accord with the stipulation of the parties in consolidated cases, Case No. 2:12-cv-01330-AC

3   and Case No. 2:12-cv-02095-AC, it is hereby ordered that:

4        1.  The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and resolve

5            any disputes concerning adherence to the Settlement Agreement that may arise between the

6            Settling Parties from December 19, 2013 through December 18, 2023; and

7        2.  The Plaintiffs' claims alleged in the complaints filed in these consolidated cases are dismissed

8            with prejudice.

9   IT IS SO ORDERED.

10

11  DATE: December 20, 2013                    _____

12                                             ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28